IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 3 2011 AEE
AUG 23 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| JULIA GARY, ) | |
| Plaintiff, ) | |
| ) | $ 6,148.60 |
| ) | |
| v. ) | No. 10 C 1556 |
| ) | Honorable Rebecca Pallmeyer |
| WOODBRIDGE ) | Presiding |
| NURSING PAVILION, ) | |
| Defendant, ) | |

## MOTION FOR FINAL JUDGMENT

NOW COME, JULIA GARY, Plaintiff pursuant 735 ILCS 5/2 Sec. 2-1401 (a) and moves this Honorable Court to grant her Motion for final Judgment under Illinois Law 735 ILCS 5/2 - 1301 of Final Judgments.

WHEREFORE, Plaintiff states in support:

1) Plaintiff's claim was filed in this court before the Honorable Rebecca Pallmeyer on March 09, 2010.

2) An order of default judgment was entered on August 05, 2010 because defendant failed to appear.

3) Despite the time given to allow the defendant Woodbridge Nursing Pavilion to Respond they have refused to admonish any response or receipt of the complaint or Order of default judgment entered against them in the amount of $ 5,663.00.

4) In addition to the default judgment of $5663.00 Plaintiff, JULIA GARY, ask this Honorable Court to impose the statutory amount allowed under the law of 9% interest annually daily pursuant 735 ILCS 5/2 - 1303 starting at the date the order of default judgment was entered which Would be for 343 days at 9% which comes to an additional 485.60 showing a total amount of $ 6,148.60.

## HISTORY

PLAINTIFF,JULIA GARY, worked for Woodbridge Nursing Pavilion from August 07, 2007 to February, 2009 at which time she was discriminated upon by Woodbridge.

Plaintiff, states that despite over thirty years of experience in the medical profession

1) she was paid $2.00 less than male coworkers with lesser experience.

2) Woodbridge Nursing Pavilion with held her vacation until her termination.

3) Woodbridge Nursing Pavilion change her starting time to accommodate Hispanic female employee's with lesser experience.

## ANALYSIS

NOW COMES, JULIA GARY, Plaintiff and states that she is entitled to a Judgment of Default under *Stonington Partners, Inc. v. Lernout & Hauspie Speech Products, N.V.* cite as 2002 WL 31439767 (Del. Ch.), *Kenai Peninsula Borough v. English Bay Village Corps.*, 781 P.2d 6 Alaska, 1989 October 13, 1989, and *U.S. v. Day* 1993 WL310518 (E.D. La.) because the law states that in prior cases where they responded late and *inter alia* of case could not substantively support their claims to withdraw default judgment, Therefore,order granting deault judgment was affirmed.

PLAINTIFF, THEREFORE, ask this Honorable court to grant her order of Final Judgment and any other relief that this Court deems proper.

Plaintiff thanks this honorable Court.

_____
JULIA GARY
28 S. Mayfield ave.
Chicago, Il 60644
(773) 709-4614
Plaintiff-Pro se

SUBSCRIBED AND SWEORN TO BEFORE

ME THIS 19th DAY OF August, 2011

_____
NOTARY PUBLIC

DIANE S BROWN-WHITE
MY COMMISSION EXPIRES
NOVEMBER 21, 2013

_____
**AFFIANT**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA GARY, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10 C 1556 |
| | ) |
| WOODBRIDGE NURSING PAVILION | ) |
| | ) |

## ORDER

This Court being fully advised in the premise grants the order of garnishment of JULIA GARY, Plaintiff and so orders M.B. FINANCILAL to release monies in the amount of $ 6,148.60. That is the order of this court.

GRANTED
Yes __ / No __


_____
REBECCA PALLMEYER
Presiding Judge

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLNOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIA GARY, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )    No. 10 C 1556 |
| WOODBRIDGE NURSING PAVILION, <br>     Defendant, | ) <br> ) <br> ) <br> ) |

## ORDER OF GARNISHMENT

NOW COMES, JULIA GARY, Plaintiff pursuant 735 ILCS 5/12-701 of the civil procedure and moves this Honorable Court to grant her ORDER OF GARNISHMENT WHEREFORE, In support of her claim Plaintiff states as follows:

1) She has filed an order requesting Final Judgment in accordance with the law under statute 735 ILCS 5/2-1301 Post Judgment relief.

2) She is attempting to collect a dept from an order of default judgment which totals the amount of $ 6,148.60 owed by WOODBRIDGE NURSING PAVILION 2242 N. Kedzie Chicago, IL 60639.

3) Plaintiff is asking that this Honorable court order **M.B. FINANCIAL 6111 N. River road Rosemont, IL 60018**, the financial institution entrusted with securing the financial holdings of Woodbridge Nursing Pavilion to make payable the amount of the judgment as so ordered by the court.

Plaintiff, JULIA GARY, prays that this Honorable court grants her ORDER OF GARNISMENT and any other relief as this Honorable court would deem proper plaintiff thanks this Honorable court.

All statements and facts are true to the best of my knowledge

SUBCRIBED AND SWORN TO BEFORE ME
THIS 19th DAY OF August 2011

_____
JULIA GARY

[Notary Seal: DIANE S BROWN-WHITE, MY COMMISSION EXPIRES NOVEMBER 21, 2013, OFFICIAL SEAL, STATE OF ILLINOIS]

_____
NOTARY PUBLIC